### (June 16, 1939.)

In the Matter of the Application of HORACE W. WATTS, Petitioner, against FERDINAND PECORA, a Justice of the Supreme Court of the State of New York, Respondent.

Determination confirmed. No opinion.

Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.; Untermyer, J., dissents in opinion.

UNTERMYER, J. (dissenting). Although many facts to which the petitioner testified are improbable and may not be true, his testimony was not the equivalent of " contumacious and unlawful refusal * * * to answer any legal and proper

interrogatory," which, together with the other acts enumerated in section 750 of the Judiciary Law, " *and no others*," constitute a criminal contempt of court.

The order adjudicating the petitioner guilty of contempt should be annulled and the petitioner discharged.